UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RICHARD D. JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CASE NO.　　C04-5048FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　　　The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge J. Kelley Arnold, United States Magistrate Judge, and objections to the report and recommendation, and the remaining record, concludes that the Report and Recommendation must be adopted.

　　　　Plaintiff cited three errors by the Administrative Law Judge (ALJ), in rejecting the medical opinions of Doctors Crider and Mirkin and the Plaintiff's testimony. The Magistrate Judge discussed each of Plaintiff's contentions and rejected them explaining why. Plaintiff objects to the Magistrate Judge's R&R on the basis that he failed to conclude that the ALJ failed to provide specific and legitimate reasons for rejecting Dr. Mirkins' opinion, for rejecting Dr. Crider's opinion, and for rejecting Plaintiff's testimony as not credible.

　　　　Upon review of the ALJ's decision, the parties arguments, and being familiar with the record, this Court concludes that the Magistrate Judge reached the correct conclusions regarding Plaintiff's objections to the ALJ's decision. NOW, THEREFORE,

ORDER
Page - 1

IT IS ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The administrative decision is AFFIRMED; and

(3) The Clerk is directed to send copies of this Order to plaintiff's counsel, defendant's counsel and Magistrate Judge J. Kelley Arnold.

DATED this 31st day of March 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE